In re  Heartbeat of the City N.W., Inc.               ,       Case No. _____
            Debtor                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing petition. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an " X " in the column labeled " Codebtor, " include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an " H, " " W, " " J, " or " C, " in the column labeled " Husband, Wife, Joint or Community. "

If the claim is contingent, place an " X " in the column labeled " Contingent. " If the claim is unliquidated, place an " X " in the column labeled " Unliquidated. " If the claim is disputed, place an " X " in the column labeled " Disputed. " (You may need to place an " X " in more than one of these three columns.)

Report the total of all claims listed in this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 02-02039930 First Charter Bank 9484 Wilshire Blvd. Beverly Hills, CA 90212 | X | | Security interest in all accounts receivable and equipment  VALUE $ Unknown | | | | 250,000.00 | .00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

_0_ Continuation sheets attached

Subtotal $ 250,000.00

Schedule Total $ 250,000.00

FORM B6D (12/95)