Howard M. Ehrenberg
333 South Hope Street, 35th Floor
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>HEARTBEAT OF THE CITY,<br><br>Debtor. | CASE NO. 2:99-bk-45650-EC<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S STATUS REPORT**<br><br>DATE: September 23, 2009<br>TIME: 10:30 a.m.<br>PLACE: Courtroom 1639 |

TO THE HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE:

My final report was filed with the Office of the United States Trustee on January 15, 2009. The final hearing took place on March 24, 2009. I issued checks on April 7, 2009. In the 120 days since then, all but 7 of the dividend checks were cashed for a total of $3,047.01. Pursuant to Rule 3011, on September 17, 2009 I filed a notice of unclaimed dividends and forwarded the funds to the bankruptcy court.

Thus, as soon as the check is cashed by the clerk of the court, I will have a zero balance and can file the statement of zero balance.

90 days should be more than sufficient to insurance that the zero balance statement has been filed.

September 18, 2009

_____
Howard M. Ehrenberg
Chapter 7 Trustee

[HME\LIT\529349.1]

| In re: | CHAPTER: 7 |
|---|---|
| Heartbeat of the City | |
| Debtor(s). | CASE NUMBER: 2:99-bk-45650-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as <u>CHAPTER 7 TRUSTEE'S STATUS REPORT</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On <u>September 18, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Office of the U.S. Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on <u>September 18, 2009</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Ellen Carroll
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1634
255 E. Temple Street
Los Angeles, CA 90012-3332

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 18, 2009 | Maria R. Viramontes | *(signed)* Maria Viramontes |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**